Case 5:09-cv-06012-RMW   Document 26   Filed 12/23/09   Page 1 of 4

A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Dec 14, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

Dec 14, 2009

FILED
CLERK'S OFFICE

2009 DEC 23  A 9: 47

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

C09 06012   RMW   HRL

IN RE: CONOCOPHILLIPS CO. SERVICE
STATION RENT CONTRACT LITIGATION              MDL No. 2040

(SEE ATTACHED SCHEDULE)

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions listed on the attached Schedule A on September 29, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiffs wish to withdraw their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-3" filed on September 29, 2009, is LIFTED. The actions are transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Ronald M. Whyte.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: CONOCOPHILLIPS CO. SERVICE
STATION RENT CONTRACT LITIGATION                    MDL No. 2040

## SCHEDULE A

Central District of California

Ray Merpour v. ConocoPhillips Co., C.A. No. 2:09-5704
Moussa Karimi v. ConocoPhillips Co., C.A. No. 2:09-5705
HM Khosh, Inc. v. ConocoPhillips Co., C.A. No. 2:09-6361

Eastern District of California

Kasra Khadivi Dimbali v. ConocoPhillips Co., C.A. No. 2:09-2242

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN:<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | MEMBERS:<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California<br><br>David G. Trager<br>United States District Court<br>Eastern District of New York | DIRECT REPLY TO:<br><br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:        [202] 502-2888<br>http://www.jpml.uscourts.gov |
|---|---|---|---|

December 14, 2009

Richard W. Wieking, Clerk
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113

Re: MDL No. 2040 -- IN RE: ConocoPhillips Co. Service Station Rent Contract Litigation

(See Attached Order)

Dear Mr. Wieking:

    A conditional transfer order was filed in the above matter on <u>September 29, 2009</u>. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore attaching as a separate PDF document a certified copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

    A Panel Service List is attached.

                                      Very truly,

                                      Jeffery N. Lüthi
                                      Clerk of the Panel

                                      By *Tarrell L. Littleton*
                                          Tarrell L. Littleton
                                          Deputy Clerk

Attachment

cc:    Transferee Judge:  Judge Ronald M. Whyte

                                                                          JPML Form 68A

IN RE: CONOCOPHILLIPS CO. SERVICE  
STATION RENT CONTRACT LITIGATION

MDL No. 2040

## PANEL SERVICE LIST

Thomas P. Bleau  
BLEAU FOX PLC  
3575 Cahuenga Boulevard West  
Suite 580  
Los Angeles, CA 90068

Adam D. Friedenberg  
GLYNN & FINLEY LLP  
One Walnut Creek Center  
100 Pringle Avenue  
Suite 500  
Walnut Creek, CA 94596

Gennady L. Lebedev  
BLEAU FOX PLC  
3575 Cahuenga Boulevard West  
Suite 580  
Los Angeles, CA 90068